1  HEATHER E. WILLIAMS, #122664
   Federal Defender
   LINDA HARTER, #179741
2  Assistant Federal Defender
   801 I Street, 3rd Floor
3  Sacramento, CA 95823
   Telephone: 916-498-5700
4  Fax: 916-498-5710
   Linda_Harter@fd.org
5
   Attorney for Defendant
6  WILLIAM C. PENN

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   Case No.  2:23-po-00310-JDP
                                         )
12              Plaintiff,               )   STIPULATION AND [~~PROPOSED~~] ORDER
                                         )   TO CONTINUE STATUS CONFERENCE
13  v.                                   )   AND EXCLUDE TIME
                                         )
14  WILLIAM C. PENN,                     )   Date:  January 22, 2024
                                         )   Time:  10:00 a.m.
15              Defendant.               )   Judge: Hon. Jeremy D. Peterson
                                         )
16                                       )

17

18      **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Heiko Coppola counsel for Plaintiff, and Assistant

20  Federal Defender Linda Harter, counsel for defendant William C. Penn, that the status

21  conference scheduled for December 18, 2023 at 10:00 a.m. be continued to **January 22, 2024 at**

22  **10:00 a.m.**

23      This continuance is requested due to unavailability of defense counsel.

24  Dated: December 13, 2023            Respectfully submitted,

25                                      HEATHER E. WILLIAMS
                                        Federal Public Defender
26
                                        */s/ Linda Harter*
27                                      LINDA HARTER
                                        Assistant Federal Defender
28                                      Attorney for Defendant WILLIAM PENN

1

2    Dated: December 13, 2023                    PHILLIP A. TALBERT
                                                 United States Attorney
3
                                                 */s/ Heiko Coppola*
4                                                HEIKO COPPOLA
                                                 Assistant US Attorney
5                                                Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue S/C                     -2-                    *United States v. Penn*

1

[PROPOSED] O R D E R

2

3        **IT IS HEREBY ORDERED** that the status conference is continued to **January 22,**

4    **2024 at 10:00 a.m.**

5

Dated:  December 14, 2023

6                                                        HON. JEREMY D. PETERSON
                                                         United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28