```
PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-po-00310-JDP |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) | |
| WILLIAM PENN, | ) | DATE: January 22, 2024 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Jeremy D. Petersen |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:23-po-00310-JDP without prejudice is GRANTED.

It is further ordered that the status conference scheduled on January 22, 2024, is vacated.

IT IS SO ORDERED.

Dated: January 19, 2024

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge